# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:16-00042 |
| | ) JUDGE SHARP |
| BILLY WAYNE GATTIS | ) |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, April 19, 2016, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE